FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 18, 2024

SEAN F. McAVOY, CLERK

Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Timothy J. Ohms
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ALFRED HENRY JORDAN, JR.,<br><br>                    Defendant. | 2:24-CR-138-MKD<br><br>INDICTMENT<br><br>Vio: 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi)<br>Possession with Intent to Distribute 40 Grams or More of Fentanyl<br>(Count 1)<br><br>18 U.S.C. §§ 922(g)(1), 924(a)(8)<br>Felon in Possession of a Firearm<br>(Count 2)<br><br>21 U.S.C. § 853, 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c)<br>Forfeiture Allegations |

The Grand Jury Charges:

COUNT 1

On or about March 30, 2023, in the Eastern District of Washington, the Defendant, ALFRED HENRY JORDAN, JR., did knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl] propanamide (a/k/a

INDICTMENT - 1

fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi)

## COUNT 2

On or about March 30, 2023, in the Eastern District of Washington, the Defendant, ALFRED HENRY JORDAN, JR., knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Taurus G2C, 9mm caliber semiautomatic pistol bearing serial number ABC425872, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, as set forth in this Indictment, Defendant, ALFRED HENRY JORDAN, JR., shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to:

- Taurus G2C, 9mm caliber semiautomatic pistol bearing serial number ABC425872, and loaded ammunition

INDICTMENT - 2

If any forfeitable property, as a result of any act or omission of the Defendant:

a.   cannot be located upon the exercise of due diligence;
b.   has been transferred or sold to, or deposited with, a third party;
c.   has been placed beyond the jurisdiction of the court;
d.   has been substantially diminished in value; or
e.   has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2), as set forth in this Indictment, the Defendant, ALFRED HENRY JORDAN, Jr., shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- Taurus G2C, 9mm caliber semiautomatic pistol bearing serial number ABC425872, and loaded ammunition.

DATED this 17th day of October 2024.

A TRUE BILL

████████████████████

_Vanessa Waldref_
Vanessa R. Waldref
United States Attorney

_Timothy J. Ohms_
Timothy J. Ohms
Assistant United States Attorney

INDICTMENT - 3